■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GATES, Appellant. [930 NYS2d 467]—

The Supreme Court did not improvidently exercise its discretion in denying the defendant's motion to withdraw his plea of guilty since the record demonstrated that the defendant's plea was knowing, voluntary, and intelligent (*see People v Douglas*, 83 AD3d 1092 [2011]; *People v Yarborough*, 83 AD3d 875 [2011]). Prudenti, P.J., Rivera, Austin and Roman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAUL GRUIERO, Appellant. [930 NYS2d 487]—

The resentence imposed upon the defendant's conviction of manslaughter in the second degree is excessive to the extent indicated (*see generally People v Suitte*, 90 AD2d 80, 86 [1982]). Prudenti, P.J., Skelos, Dickerson, Lott and Cohen, JJ., concur.